IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
**NOV 02 2016**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 10-25535-GLT |
| | : | Chapter: 13 |
| Machell Lewis | : | |
| | : | Date: 11/2/2016 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**  #120 - Motion to Reopen Chapter 13 Case
#126 - Consent Response filed by Seterus, Inc.

#122 - Motion to Enforce Discharge Order and Order Approving Trustee's Final Report
[Response due 10/11/16]

**APPEARANCES**:
Debtor:    Paul W. McElrath

*NOTES:*

McElrath - Seterus consents to the re-opening of the case. Believes the second issue regarding enforcement of the discharge order can be resolved within 30 days.

*OUTCOME:*

1. Motion to Reopen is granted. (HT to prepare).
2. Motion to Enforce continued to December 14, 2016 at 9:00 a.m. If the matter is not resolved within 30 days, the Debtor shall file a status report on or before December 7, 2016. (Text Order to issue).

**DATED:** 11/2/2016