```
                                                                        FILED
                                                                        11/2/16 4:03 pm
         IN THE UNITED STATES BANKRUPTCY COURT                          CLERK
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA                       U.S. BANKRUPTCY
                                                                        COURT - WDPA
```

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-25535-GLT |
| **Machell Lewis,** | : | |
| | : | CHAPTER 13 |
| Debtor | : | |
| _____ | : | |
| **Machell Lewis,** | : | Related to Docket No. 120 |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Federal National Mortgage** | : | |
| **Association ("Fannie Mae")** | : | |
| **Creditor c/o Seterus, Inc.,** | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee/** | : | |
| Additional | : | |
| Respondent | : | |

## MODIFIED ORDER

**AND NOW,** on this __2nd__ day of __November__, 2016, upon consideration of the Debtors' Motion to Reopen Case, and for good cause shown, it is hereby ORDERED and DIRECTED as follows:

1. The within case is re-opened.

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

Dated: 11/2/16
cm: Paul McElrath, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 10-25535-GLT
Machell Lewis                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 3                Date Rcvd: Nov 02, 2016
                               Form ID: pdf900         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db         +Machell Lewis,    1135 Buente Street,    Pittsburgh, PA 15212-3501
cr          ECMC,   P.O. Box 75906,   St. Paul, MN  55175
cr         +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    200 Allegheny Center Mall,
             Pittsburgh, PA 15212-5339
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,   Plainview, NY 11803-4224
12735363   +5/3bank Elt Efcti/Glel,   2401 International Lane,   Madison, WI 53704-3121
12735365    Aes/Keystone Stafford,   1200 Norht 7th Street,   Harrisburg, PA 17102
12735364   +Aes/Keystone Stafford,   1200 North 7th Street,   Harrisburg, PA 17102-1419
12735366   +Allegheny Orthopaedic Associates,   1307 Federal Street,   Floor 2,   Pittsburgh, PA 15212-4769
12802080   +Blatt, Hasenmiller, Leibsker & Moore,   5 Great Valley Parkway,   Suite 100,
             Malvern, PA 19355-1426
12735367  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
12907840   +City of Pittsburgh,   Department of Finance,   414 Grant Street,   Pittsburgh PA 15219-2409
12802082   +Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
12735385  ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
            (address filed with court: Webbank/Dfs,    12234 N Ih 35 Sb Bldg B,   Austin, TX 78753)
12735370  ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
            (address filed with court: DirectTV,   Po Box 9001069,   Louisville, KY 40290-1069)
12735371   +Diversified Collection,   Po Box 200,   Greensburg, PA 15601-0200
12735372    Duquesne Light Company,   c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
             Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
12925332    Educational Credit Management Corp.,    PO Box 16408,   St. Paul, MN  55116-0408
12735373    Equitable Gas,   Allegheny Center Mall,   Suite 2000,   Pittsburgh, PA 15212
12735374   +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,    225 North Shore Drive,
             Second Floor,   Pittsburgh, PA 15212-5860
14153296    Federal National Mortgage Association,    (Fannie Mae) Creditor c/o Seterus, Inc.,
             PO Box 1047 Hartford, CT 06143-1047
12735375   +First Premier Bank,   601 South Minnesota Avenue,   Sioux Falls, SD 57104-4868
12735376   +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
12847548    Great Lakes Educational Loan Services,   Attn Claims Filing Unit,    P O Box 8973,
             Madison, WI  53708-8973
12839059   +HSBC Mortgage Corp.,   Attn: Bankruptcy Department,    2929 Walden Avenue,
             Depew, NY 14043-2690
12735377   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
12735378   +Hsbc Mortgage Corp Usa,   2929 Walden Avenue,   Depew, NY 14043-2690
12754792    NCO PORTFOLIO MANAGEMENT,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12735379   +New Century Mortgage Co,   18400 Von Karman Avenue,   Irvine, CA 92612-0516
12802095   +North Hills School District Tax Office,   135 Sixth Avenue,   Pittsburgh, PA 15229-1233
12735381   +Oxford Collection Service,   135 Maxess Road,   Suite 2A,   Melville, NY 11747-3801
12802098    Peter J. Ashcroft, Esquire,   Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
12895265   +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,    437 Grant St. 14th Floor,
             Pittsburgh PA 15219-6101
12735382   +Riverset Credit Union,   53 South 10th Street,   Pittsburgh, PA 15203-1142
12802100    The Pittsburgh Water & Sewer Authority,   1200 Penn Avenue,   Penn Liberty Plaza I,
             Pittsburgh, PA 15222-4216
12735383   +Tnb - Target,   Po Box 673,   Minneapolis, MN 55440-0673
12909277    Verizon,   PO Box 3037,   Bloomington, IL 61702-3037
12735384   +Verizon Pennsylvania I,   500 Technology Drive,   Weldon Spring, MO 63304-2225
12735386   +WPAHS,   Part of the West Penn Health System,   320 East North Street,
             Pittsburgh, PA 15212-4756
12802103   +Webbank/Dell Financial Services,   12234 N Ih 35 Sb Bldg B,   Austin, TX 78753-1725
12894058   +Zenith Acquisition Corp,   170 Northpointe Pkwy,   Suite 300,   Amherst, NY 14228-1992

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 03 2016 01:41:26
             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,   PO Box 4457,
             Houston, TX  77210-4457
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2016 01:41:29
             PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr          E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2016 01:42:09
             Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
             Miami, FL  33131-1605
12735380    E-mail/Text: ally@ebn.phinsolutions.com Nov 03 2016 01:31:26     Nuvell,   5700 Crooks Road,
             Suite 301,   Troy, MI 48098
12835593   +E-mail/Text: ally@ebn.phinsolutions.com Nov 03 2016 01:31:26
             Ally Financial Inc. f/k/a GMAC Inc.,   PO Box 130424,   Roseville, MN 55113-0004
12735368   +E-mail/Text: hariasdiaz@creditmanagementcompany.com Nov 03 2016 01:32:12
             Credit Management Co,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
12801926    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 03 2016 01:40:25
             Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,    PO Box 10390,
             Greenville, SC 29603-0390

```
District/off: 0315-2           User: gamr                  Page 2 of 3                   Date Rcvd: Nov 02, 2016
                               Form ID: pdf900             Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13619435         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 03 2016 01:41:26      Midland Funding LLC,
                  by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX   77210-4457
12835594        +E-mail/Text: ally@ebn.phinsolutions.com Nov 03 2016 01:31:26      Nuvell Credit,   PO Box 130424,
                  Roseville, MN 55113-0004
12897333         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2016 01:41:32
                  Portfolio Recovery Associates, LLC,    P.O. Box 41067,   Norfolk, VA 23541
12819506        +E-mail/Text: csidl@sbcglobal.net Nov 03 2016 01:32:13      Premier Bankcard/Charter,
                  P.O. Box 2208,   Vacaville, CA 95696-8208
12818365         E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2016 01:41:24
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
12814418        +E-mail/Text: bncmail@w-legal.com Nov 03 2016 01:32:06      TARGET NATIONAL BANK,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121 SEATTLE, WA 98121-3132
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              HSBC Bank USA, N.A.
cr              HSBC Mortgage Corporation (USA)
cr              Pittsburgh Water & Sewer Authority
cr              Seterus, Inc., as the authorized subservicer for F
12735362        Machell Lewis
12802075        Machell Lewis
12802076*       +5/3bank Elt Efcti/Glel,   2401 International Lane,    Madison, WI 53704-3121
12802096*      ++ALLY FINANCIAL,   ROSEVILLE BANKRUPTCY CENTER,    2740 ARTHUR STREET,    ROSEVILLE MN 55113-1303
                 (address filed with court: Nuvell,    5700 Crooks Road,    Suite 301,    Troy, MI 48098)
12802078*       +Aes/Keystone Stafford,   1200 Norht 7th Street,    Harrisburg, PA 17102
12802077*       +Aes/Keystone Stafford,   1200 North 7th Street,    Harrisburg, PA 17102-1419
12802079*       +Allegheny Orthopaedic Associates,    1307 Federal Street,    Floor 2,   Pittsburgh, PA 15212-4769
12802081*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
12802083*       +Credit Management Co,   2121 Noblestown Road,    Pittsburgh, PA 15205-3956
12802085*      ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: DirectTV,    Po Box 9001069,    Louisville, KY 40290-1069)
12802084*       +Davis Davis Attorney,   393 Vandadium Road,    Pittsburgh, PA 15243-1478
12802086*       +Diversified Collection,   Po Box 200,    Greensburg, PA 15601-0200
12802087*        Duquesne Light Company,   c/o Peter J. Ashcroft, Esquire,     Bernstein Law Firm, P.C.,
                  Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
12802088*        Equitable Gas,   Allegheny Center Mall,    Suite 2000,    Pittsburgh, PA 15212
12802089*       +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive,
                  Second Floor,   Pittsburgh, PA 15212-5860
12802090*       +First Premier Bank,   601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
12802091*       +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
12802092*       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
12802093*       +Hsbc Mortgage Corp Usa,   2929 Walden Avenue,    Depew, NY 14043-2690
12802094*       +New Century Mortgage Co,   18400 Von Karman Avenue,    Irvine, CA 92612-0516
12802097*       +Oxford Collection Service,   135 Maxess Road,    Suite 2A,    Melville, NY 11747-3801
12802099*       +Riverset Credit Union,   53 South 10th Street,    Pittsburgh, PA 15203-1142
12802101*       +Tnb - Target,   Po Box 673,   Minneapolis, MN 55440-0673
12802102*       +Verizon Pennsylvania I,   500 Technology Drive,    Weldon Spring, MO 63304-2225
12802104*       +WPAHS,   Part of the West Penn Health System,    320 East North Street,
                  Pittsburgh, PA 15212-4756
12735369       ##+Davis Davis Attorney,   393 Vandadium Road,    Pittsburgh, PA 15243-1478
                                                                                     TOTALS: 7, * 23, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: gamr              Page 3 of 3             Date Rcvd: Nov 02, 2016
                              Form ID: pdf900         Total Noticed: 53
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   HSBC Mortgage Corporation (USA)
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Machell  Lewis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sherri J. Braunstein    on behalf of Creditor   HSBC Bank USA, N.A. sbraunstein@udren.com,
               vbarber@udren.com
                                                                                             TOTAL: 9
```