## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-25535-GLT |
| Machell Lewis, | : | |
| | : | CHAPTER 13 |
| Debtor | : | |
| _____ | : | |
| Machell Lewis, | : | Related to Docket No. 128 |
| | : | |
| Movant | : | Hearing Date and Time: |
| | : | December 14, 2016 at 9:00 AM |
| vs. | : | |
| | : | |
| Federal National Mortgage | : | |
| Association ("Fannie Mae") | : | |
| Creditor c/o Seterus, Inc., | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee/ | : | |
| Additional | : | |
| Respondent | : | |

## STATUS REPORT

**NOW COMES** Machell Lewis, the Debtor herein, by and through her attorney, Paul W. McElrath, Jr., Esquire, of the law firm of McElrath Legal Holdings, LLC, and files the within Status Report, and in support thereof aver as follows:

1. The Movant is Machell Lewis, an adult individual presently residing at 1135 Buente Street, Pittsburgh, PA 15212.

2. The Movant is the Debtor in the above-captioned bankruptcy case.

3. The Debtor filed a voluntary Chapter 13 bankruptcy petition on August 2, 2010 referenced at case number 10-25535-GLT.

4. Respondent, Seterus, Inc., is a mortgage lending institution and the holder of the mortgage on the Debtors' residence, and at all times relevant hereto, was doing business in the Western District of Pennsylvania, and utilized the mailing address of Post Office Box 1047, Hartford, CT 06143.

5. The Additional Respondent is Ronda J. Winnecour, Esquire, the Chapter 13 Trustee in this case.

6. On September 21, 2016 a Motion to Enforce Discharge Order Approving Trustees Final Report and Account was filed and the Hearing was held on November 2, 2016 and was continued until December 14, 2016.

7. A settlement has been proposed in this matter before the court.

8. A stipulation was drafted and sent to counsel for the respondent on November 17, 2016.

9. Counsel for the Respondent has contacted counsel on December 6, 2016 and has agreed to the stipulation.

10. The Stipulation in this matter will be filed with this court once it is returned from counsel for the Respondent.

**WHEREFORE,** the Movant reports to this court the above Status Report.

Respectfully submitted,

Date: December 6, 2016

/s/ Paul W. McElrath, Esquire
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel:  (412) 765-3606
Fax:  (412) 765-1917
E-mail:  paulm@mcelrathlaw.com
Attorney for Debtors/Movants