FILED
12/7/16 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: MACHELL LEWIS : | |
| DEBTOR : | BKY NO. 10-25535 |
| SETERUS, INC. AS THE AUTHORIZED : | |
| SUBSERVICER FOR FEDERAL NATIONAL : | CHAPTER 13 |
| MORTGAGE ASSOCIATION ("FANNIE MAE"), : | |
| CREDITOR C/O SETERUS, INC : | Related to Docket No. 139 |
| MOVANT : | |
| MACHELL LEWIS : | FILED UNDER LOCAL BANKRUPTCY |
| RONDA J. WINNECOUR : | RULE 9013.4 (a) |
| RESPONDENTS | |

### DEFAULT ORDER ON MOTION TO DISBURSE UNCLAIMED FUNDS

**This 7th Day of December, 2016**, upon default, no response objecting to the Motion having been timely filed by an interested party and upon Movant's Certification of Service and Certification of Default, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests unclaimed funds being held by the court in the amount of $5,896.38 to be disbursed to Movant for application to the mortgage loan for the property located at 1135 Buente Street, Pittsburgh, PA 15212.

Movant shall, within five (5) days hereof, serve a copy of the within order on parties of interest and file a certificate of service.

_____
HONORABLE JUDGE TADDONIO
drb

Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
P.O. Box 307
Secane, PA 19018

Paul W. McElrath, Jr.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Ronda Winnecour, Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Machell Lewis
1135 Buente Street
Pittsburgh, PA 15212

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Center, Suite 970
Pittsburgh, PA 15212

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Machell Lewis  
    Debtor

Case No. 10-25535-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 1 | Date Rcvd: Dec 07, 2016 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.
db     +Machell Lewis,   1135 Buente Street,    Pittsburgh, PA 15212-3501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    HSBC Mortgage Corporation (USA)
       agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
       Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
       jeniece@mvrlaw.com,  bonnie@mvrlaw.com
      Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
       jeniece@mvrlaw.com,  bonnie@mvrlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.    on behalf of Debtor Machell  Lewis ecf@mcelrathlaw.com,
       donotemail.ecfbackuponly@gmail.com
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      Sherri J. Braunstein    on behalf of Creditor    HSBC Bank USA, N.A. sbraunstein@udren.com,
       vbarber@udren.com
                                                                                         TOTAL: 10