**FILED**
**DEC 14 2016**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 10-25535-GLT |
| | : | Chapter: 13 |
| Machell Lewis | : | |
| | : | Date: 12/14/2016 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:**  #122 - Con't Motion to Enforce Discharge Order & Order Approving Trustee's Final Report
[Response due 10/11/16]
#144 - Status Report Regarding Motion to Enforce Discharge Order

**APPEARANCES:**
Debtor:   Paul W. McElrath
Trustee:  Jana Pail

**NOTES:**

McElrath - Stipulation has been circulated. Wants to get the approval of the chapter 13 trustee. Requests ten days to file the stipulation.

Pail - Agrees.

**OUTCOME:**

1. Matter continued to January 18, 2017 at 9:00 a.m. Parties to file a stipulation under certification of counsel within 10 days. (Text Order to issue).

**DATED:** 12/14/2016