FILED
1/4/17 5:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-25535-GLT |
| Machell Lewis, | : | |
| | : | CHAPTER 13 |
| Debtor | : | |
| _____ | : | |
| Machell Lewis, | : | Related to Docket No. 122 and 156 |
| | : | |
| Movant | : | |
| | : | Hearing Date and Time: |
| vs. | : | January 18, 2017 at 9:00 AM |
| | : | |
| Federal National Mortgage | : | |
| Association ("Fannie Mae") | : | |
| Creditor c/o Seterus, Inc., | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee/ | : | |
| Additional | : | |
| Respondent | : | |

## CONSENT ORDER

**AND NOW,** this ___4th___ day of ___January___, 2017, upon agreement of the Debtor/Movant, Machell Lewis and the Respondent, Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc., by their counsel, it is hereby ORDERED and DIRECTED as follows:

1. Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. shall pay the sum of $1,500 made payable to Machell Lewis and mailed to 1641 Saw Mill Run Boulevard, Pittsburgh, PA 15210.

2. Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. shall pay the sum of $500 made payable to Paul W. McElrath, Esquire, and mailed to 1641 Saw Mill Run Boulevard, Pittsburgh, PA 15210.

3. Within thirty (30) days from the date of this Order, Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. shall notify the credit bureaus of the status of the loan, and provide proof of the notice to the Debtor. Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. will provide counsel for Debtor and the Chapter 13 Trustee, a copy of all notice and responses from the credit bureaus.

4. Within thirty (30) days from the date of this Order, the Creditor will provide to counsel for Debtor and the Chapter 13 Trustee, an affidavit clearly identifying that all payments have been properly applied to the account and that no penalty has accrued on this account during the bankruptcy period.

5. Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. shall not seek reimbursement of any fees or costs from the Debtor associated with action involved in defense of the Motion to Enforce Discharge Order and Order Approving Trustee's Final Report and Account.

Respectfully submitted,

Date: December 21, 2016

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606
Fax: 412.765.1917
Email: paulm@mcelrathlaw.com
Attorney for Debtor

Date: December 21, 2016

/s/ Jeniece D. Davis, Esquire
Jeniece D. Davis, Esquire
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018
Tel: 610.328.2887, Ext 16
Fax: 610.328.0163

                                            Email: jeniece@mvrlaw.com
                                            Attorney for Creditor

Date:  December 21, 2016                  /s/ Jana Pail
                                            Jana Pail, Esquire
                                            Suite 3250, US Steel Tower
                                            600 Grant Street
                                            Pittsburgh, PA  15219
                                            Attorney for the Chapter 13 Trustee

                                            BY THE COURT:

Dated: 1/4/17

cm: Paul McElrath, Esq.
     Jeniece Davis, Esq.                              Gregory    Taddonio,    hct
     Jana Pail, Esq.                                       United States Bankruptcy Judge

Case 10-25535-GLT    Doc 158    Filed 01/07/17    Entered 01/08/17 01:06:03    Desc
Imaged Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Machell Lewis  
    Debtor

Case No. 10-25535-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Jan 05, 2017  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2017.  
db         +Machell Lewis,    1135 Buente Street,    Pittsburgh, PA 15212-3501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2017 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    HSBC Mortgage Corporation (USA) agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com  
         Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com, bonnie@mvrlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Debtor Machell Lewis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         Sherri J. Braunstein    on behalf of Creditor    HSBC Bank USA, N.A. sbraunstein@udren.com, vbarber@udren.com

                                                                            TOTAL: 10