UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA – (PITTSBURG) DIVISION

| | |
|---|---|
| In Re:<br><br>MACHELL LEWIS,<br><br>    Debtor. | Case No.: 10-25535<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

**REQUEST OF BSI FINANICAL SERVICES FOR SERVICE OF NOTICES**

**PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("BSI"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

BSI requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

| **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
|---|---|
| BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX  75038 | prpbk@bsifinancial.com |

Dated: October 02, 2017    By: s/ Karin Murphy
　　　　　　　　　　　　　　　　　　Karin Murphy
　　　　　　　　　　　　　　　　　　c/o BSI Financial Services
　　　　　　　　　　　　　　　　　　Assistant Vice President, Foreclosure and Bankruptcy
　　　　　　　　　　　　　　　　　　1425 Greenway Drive, Ste 400
　　　　　　　　　　　　　　　　　　Irving, TX  75038
　　　　　　　　　　　　　　　　　　972.347.4350
　　　　　　　　　　　　　　　　　　prpbk@bsifinancial.com

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA – (PITTSBURG) DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 10-25535 |
| | ) | |
| MACHELL LEWIS, | ) | CHAPTER 13 |
| | ) | |
| Debtor, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 5120 E. La Palma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 17, 2017 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Machell Lewis<br>1135 Buente Street<br>Pittsburgh, PA 15212<br><br>**Debtor's Counsel**<br>Paul W. McElrath, Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | **Chapter 13 Trustee**<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br><br>**U.S. Trustee**<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on October 17, 2017 at Anaheim, California

*/s/ Jennifer Londo*
Jennifer Londo

---

2

CERTIFICATE OF SERVICE